UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILLE BOURQUE and PETER MOREJON, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ENGINEERS AND ARCHITECTS ASSOCIATION, a labor organization; the CITY OF LOS ANGELES; and ROB BONTA in his official capacity as Attorney General of California,<br><br>Defendants. | Case No. 2:21-cv-04006-JAK-PVC<br><br>**JUDGMENT**<br><br>**JS-6** |

1

Pursuant to the Court's March 23, 2023 Order Re Defendants Rob Bonta's, Engineers and Architects Association's, and City of Los Angeles' respective Motions to Dismiss Complaint, **IT IS ORDERED, ADJUDGED, AND DECREED** that this action is dismissed with prejudice.

Dated: April 25, 2023

_____
John A. Kronstadt
United States District Judge